IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>- against -<br><br>SIGMA CHI INTERNATIONAL FRATERNITY, INC., LUKE ROGERS, ETHAN HIRSH, PSI PSI CHAPTER OF SIGMA CHI FRATERNITY, SIGMA CHI FOUNDATION, 737 COMSTOCK AVENUE, INC., DELTA DELTA DELTA, CLAIRE HARRIS, EMMA SPADEA, OMICRON CHAPTER OF DELTA DELTA DELTA, SYRACUSE UNIVERSITY, and JOHN ROE,<br><br>                Defendants. | Civil Action No. 5:23-cv-1452-BKS-ML |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel on behalf of their respective clients, that the time for Defendants Sigma Chi International Fraternity, Incorporated, Luke Rogers, Ethan Hirsh, Psi Psi Chapter of Sigma Chi Fraternity, Sigma Chi Foundation, and 737 Comstock Avenue, Inc. to move, answer, or otherwise plead with respect to the above-captioned matter is hereby extended through and including January 29, 2024.

Dated: December 18, 2023

                                                            **THE FIERBERG NATIONAL LAW GROUP, PLLC**
                                                            *Attorneys for Plaintiff*

IT IS SO ORDERED:

*/s/ Miroslav Lovric*
Miroslav Lovric
U.S. Magistrate Judge

Dated: December 20, 2023
       Binghamton, NY

By: _____
Olympias Iliana Konidaris
305 Broadway, Seventh Floor
New York, NY 10007
(347) 504-0220
ikonidaris@tfnlgroup.com

1

**SAUL EWING LLP**
*Attorneys for Defendants Sigma Chi International Fraternity, Incorporated, Luke Rogers, Ethan Hirsh, Psi Psi Chapter of Sigma Chi Fraternity, Sigma Chi Foundation, and 737 Comstock Avenue, Inc.*

By: _____
Ryan M. Jerome
1270 Avenue of the Americas, Suite 2800
New York, NY 10020
(212) 980-7200
ryan.jerome@saul.com

2