

*Attorneys and Counselors at Law*

90 Broad Street, 10th Floor
New York, NY 10004
(212) 239-5500
www.lynnocch.com

January 19, 2024

**VIA CM/ECF**

Hon. Miroslav Lovric
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

          **Re**: **Doe v. Sigma Chi International Fraternity, Incorporated, et al
              Case No. 55:23-cv-01452-BKS-ML**

Dear Magistrate Judge Lovric:

      Please be advised that our office has just been retained to represent Defendant Michael Montalto. We have conferred with Ms. Konidaris, Plaintiff's counsel, and she has agreed to a proposed extension to January 29, 2024 for Defendant Michael Montalto's time to answer, move or otherwise respond to the Amended Complaint in this action. As such, if acceptable, we respectfully request that you "so order" the annexed stipulation. We thank you for your attention to this matter.

                                                          Respectfully submitted,

                                                           Frank S. Occhipinti
                                                           *Bar Roll No. 705076*

cc: All Counsel of Record

FSO:za