IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE,** *proceeding by pseudonym* ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **SIGMA CHI INTERNATIONAL FRATERNITY,** ) <br> **INCORPORATED, et al.** ) <br> ) | **Civ. Action No.:** <br> **5:23-cv-1452 (BKS/ML)** |

**JOINT MOTION FOR ENTRY OF PROPOSED CONSENT PROTECTIVE ORDER
AND CONFIDENTIALITY AGREEMENT**

The parties to the above-captioned case (together, the "Parties"), by and through their undersigned counsel of record and pursuant to Federal Rule of Civil Procedure 26(c), jointly and respectfully move this Court to enter the proposed Consent Protective Order and Confidentiality Agreement ("Protective Order") attached hereto as **Exhibit 1**.

The Parties acknowledge and agree that discovery in the above-styled action will involve the production or disclosure of documents, materials, information, and/or testimony concerning and/or containing confidential, proprietary, personal health, personal, and/or FERPA-protected information. Prior to filing this Motion, the Parties stipulated and agreed to the form and substance of a Protective Order regarding such information. Accordingly, the Parties respectfully request that this Court enter the proposed Protective Order attached hereto as **Exhibit 1**.

//

//

//

1

Dated: January 29, 2024

Respectfully submitted,

By: *s/Olympias I. Konidaris*
Olympias I. Konidaris, Esq.
Bar Roll #: 704883
The Fierberg National Law Group, PLLC
305 Broadway, Seventh Floor
New York, New York, 10007
(347) 504-0220

Jonathon N. Fazzola, Esq. *(Admitted Pro Hac Vice)*
Douglas E. Fierberg, Esq. *(Admitted Pro Hac Vice)*
The Fierberg National Law Group, PLLC
201 E. 17th Street, Suite A
Traverse City, Michigan 49684
(231) 933-0180
*Counsel for Plaintiff Jane Doe*

By: *s/William T. Eveland*
Ryan M. Jerome, Esq.
Bar Roll #: 704992
SAUL EWING LLP
1270 Avenue of the Americas, Suite 2800
New York, New York 10020
(212) 980-7200

William T. Eveland, Esq. *(Admitted Pro Hac Vice)*
SAUL EWING LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 876-7100
*Counsel for Defendants Sigma Chi International Fraternity, Incorporated, Luke Rogers and Ethan Hirsh, in their capacity as President and Treasurer, respectfully, for and on behalf of Psi Psi Chapter of Sigma Chi Fraternity, Sigma Chi Foundation, and 737 Comstock Avenue, Inc.*

By: *s/Arthur F. Hoge*
Arthur F. Hoge III (*Admitted Pro Hac Vice*)
HALL, ESTILL, HARDWICK, GABEL, GOLDEN & NELSON
100 North Broadway Avenue, Suite 2900
Oklahoma City, OK 73102
(405) 553-2304

Paul V. Mullin, Esq.
Bar Roll #: 501346
SUGARMAN LAW FIRM, LLP
211 West Jefferson Street
Syracuse, New York 13202
(315) 362-8932
*Counsel for Defendants Delta Delta Delta, and Claire Harris and Emma Spadea, in their capacity as President and Treasurer, respectively, for and on behalf of the Omicron Chapter of Delta Delta Delta*

By: *s/Lorraine R. Mertell*
Lorraine R. Mertell, Esq.
Bar Roll #: 103051
W. Bradley Hunt
Bar Roll #: 512811
Mackenzie Hughes LLP
440 S. Warren St., Ste. 400
Syracuse, New York 13202
(315) 233-8282
*Counsel for Defendant Syracuse University*

By: *s/Frank S. Occhipinti*
Frank S. Occhipinti, Esq.
LYNN OCCHIPINTI, LLP
Bar Roll #:705076
90 Broad Street, 10th Floor
New York, New York 10004
(212) 239-5500
*Counsel for Defendant Michael Montalto*