## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

**JANE DOE**, *proceeding by pseudonym*   )
             )
             )
  Plaintiff,        )  Civ. Action No.:
             )  5:23-cv-1452-AJB-ML
  v.            )
             )
**SIGMA CHI INTERNATIONAL FRATERNITY**, )
**INCORPORATED**, et al.,     )
             )
  Defendants.      )

## ORDER DISMISSING SORORITY DEFENDANTS' CROSSCLAIMS AGAINST FRATERNITY DEFENDANTS, SYRACUSE AND MICHAEL MONTALTO WITH PREJUDICE, DISMISSING THE FRATERNITY DEFENDANTS' CROSSCLAIMS AGAINST THE SORORITY DEFENDANTS WITHOUT PREJUDICE, AND DISMISSING SYRACUSE'S CROSSCLAIMS AGAINST THE SORORITY <u>DEFENDANTS WITHOUT PREJUDICE</u>

Upon the Joint Motion To Voluntarily Dismiss Sorority Defendants' Crossclaims against the Fraternity Defendants, Syracuse University and Michale Montalto, the Fraternity Defendants' Crossclaims against the Sorority Defendants and Syracuse University's Crossclaims against the Sorority Defendants (the "Motion"), filed jointly by Defendants Delta Delta Delta ("Tri Delta Nationals"), Claire Harris in her capacity as President for and on behalf of the unincorporated association continuously operating at Syracuse University as Omicron Chapter of Delta Delta Delta ("Tri Delta Chapter") (collectively, "Sorority Defendants"), Sigma Chi International Fraternity, Inc. ("Sigma Chi Nationals"), Luke Rogers in his capacity as President for and on behalf of the unincorporated association continuously operating at Syracuse University as Psi Psi Chapter of Sigma Chi Fraternity  ("Sigma Chi Chapter"), Sigma Chi Foundation, 737 Comstock Avenue,

Inc. ("737 Comstock") (Sigma Chi Nationals, Sigma Chi Chapter, Sigma Chi Foundation, and 737 Comstock collectively, "Fraternity Defendants"), and Syracuse University ("Syracuse");

**IT IS HEREBY ORDERED** that the Joint Motion is GRANTED, and the Sorority Defendants' crossclaims against the Fraternity Defendants, Syracuse and Michael Montalto in the above-captioned matter are dismissed, with prejudice, and with each party to bear its own fees and costs;

**IT IS HEREBY FURTHER ORDERED IT IS HEREBY ORDERED** that the Fraternity Defendants' crossclaims against the Sorority Defendants in the above-captioned matter are dismissed, without prejudice, and with each party to bear its own fees and costs;

**IT IS HEREBY FURTHER ORDERED** that Syracuse  crossclaims against the Sorority Defendants in the above-captioned matter are dismissed, without prejudice, and with each party to bear its own fees and costs; and

**IT IS HEREBY FURTHER ORDERED** that this Order only applies to the Fraternity Defendant's crossclaims against the Sorority Defendants and the Syracuse crossclaims against the Sorority Defendants.  All of the other Fraternity Defendants' claims remain active and pending in the above-captioned matter, and all of the other Syracuse claims remain active and pending in the above-captioned matter.

_____
Hon. Anthony J. Brindisi
U.S. District Judge

Dated:  **March 3, 2026**